UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DERRICK L. HOOD, | ) |
|              Plaintiff, | ) |
| v. | ) No. 1:25-cv-00598-JPH-MG |
| LISA HAMBLEN, et al., | ) |
|              Defendants. | ) |

**ORDER DIRECTING PLAINTIFF'S CUSTODIAN TO FORWARD COPY OF PLAINTIFF'S SIX-MONTH TRUST ACCOUNT STATEMENT**

This matter comes before the Court on Plaintiff's Renewed Motion to Proceed *In Forma Pauperis*.

Plaintiff was advised of her obligation to pay the $405.00 filing fee or move to proceed *in forma pauperis* and submit a copy of her trust account statement for the six-month period preceding the filing of her March 27, 2025, complaint as required by 28 U.S.C. § 1915(a)(2). Dkt. 1.

In Plaintiff's currently pending motion, she asserts that her custodian has refused to provide a copy of the trust account statement. Dkt. 6.

When faced with a similar situation, the Seventh Circuit held that the district court should evaluate the veracity or significance of the plaintiff's statement that prison officials refuse to provide the required document, and order the prison to provide the trust account statement. *Bell v. Kay*, 847 F.3d 866, 867 (7th Cir. 2017) (per curiam); *Goodwill v. Hoffman*, 2019 U.S. Dist. LEXIS 8442 (E.D. Wis. Jan. 17, 2019) (ordering non-party detention center to forward certified copy of plaintiff's six-month trust account statement).

1

The Court has no reason to doubt the veracity of the statements in Plaintiff's motion. The Court further finds that providing Plaintiff with additional time to continue to request a copy of the trust account statement would be fruitless.

Accordingly, the Court hereby **ORDERS** Plaintiff's custodian to provide the Court with a certified copy of Plaintiff's trust account statement for the six-month period preceding the filing of this action on March 27, 2025, and to do so **no later than May 19, 2025.** The trust account statement should be submitted to the Clerk of the Court and should reference case number No. 1:25-cv-598-JPH-MG. The trust account statement must be mailed to the Court at 46 E. Ohio Street, Indianapolis, IN 46204.

Upon receipt of the required financial statement, the Court will reassess what initial partial filing fee must be paid, if any, and whether a collection order should enter to collect the filing fee.

**SO ORDERED.**

Date: 4/22/2025

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Case 1:25-cv-00598-JPH-MG     Document 8     Filed 04/22/25     Page 3 of 3 PageID #: 27

3

Distribution:

DERRICK L. HOOD
294557
PENDLETON - CF
PENDLETON CORRECTIONAL FACILITY
Inmate Mail/Parcels
4490 West Reformatory Road
PENDLETON, IN 46064

WARDEN
Pendleton Correctional Facility
4490 West Reformatory Road
Pendleton, IN 46064